UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO. 8:18-cr-416-MSS-AAS

STEVAN GARCIA

## JOINT MOTION TO CONTINUE FINAL HEARING FOR VIOLATIONS OF SUPERVISED RELEASE

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, requests that the Court continue the final hearing regarding the defendant's alleged violations of supervised release, currently scheduled for June 3, 2026, for the following reasons:

1.     Stevan Garcia was convicted of possession with intent to distribute heroin and methamphetamine, and the Court sentenced Garcia to a term of imprisonment for 84 months followed by five years of supervised release. The defendant completed his term of imprisonment and began his term of supervised release on June 17, 2025.

2.     The Petition charging Garcia with violations of supervised release, submitted on February 24, 2026, alleges Garcia violated his supervised release by a positive urinalysis indicating the presence of cocaine, failing to work regularly at a lawful occupation, failing to participate in mental health treatment, and failing to notify probation of a change of address. These alleged violations are grade "C" violations under USSG § 7C1.1(a)(3).

3.      On March 19, 2026, the United States filed an unopposed motion to continue the final hearing in this case based on an ongoing death investigation by the Hillsborough County Sheriff's Office that involved the possible possession of firearms and ammunition by the defendant. Doc. 84. The Court granted the continuance and scheduled the final hearing for May 27, 2026. Doc. 85.

4.      On April 10, 2026, the State of Florida charged Garcia by information in the Thirteenth Judicial Circuit of the State of Florida (Hillsborough County) with felony offenses in case numbers 2026-CF-5929, 26-CF-5941, and 2026-CF-4609; each case charges Garcia with Felon in Possession of a Firearm, and the alleged dates of offense are January 26, 2025, February 13, 2026, and February 20, 2026. Garcia is currently in custody at the Hillsborough County Jail on a Writ of Habeus Corpus Ad Prosequendum pending disposition of those offenses. Two of the cases, case numbers 26-CF-5941 and 2026-CF-4609, allege offenses committed after the defendant began serving supervised release in this case. The cases are currently scheduled for a disposition hearing on June 17, 2026.

5.      The undersigned has been advised by the defendant's probation officer that an Amended Petition will be filed in this case alleging new criminal conduct committed by the defendant on February 13, 2026, and on February 20, 2026, as charged in case numbers 26-CF-5941 and 2026-CF-4609. Each charge would qualify as a grade "A" violation under USSG § 7C1.1(a)(1). The determination whether the defendant committed new criminal offenses while on supervised release significantly impacts the nature of the violation of supervised release and the application of

pertinent sentencing factors under 18 U.S.C. § 3553.

6.      The parties jointly agree that continuing the final hearing in this case until the State of Florida has completed prosecution of Garcia's pending cases serves the interests of justice and judicial economy. Accordingly, the parties jointly request that the final hearing be continued for a period of 90 days. If additional time is needed for the State of Florida to complete prosecution of its cases, the parties will file a motion updating the Court on the status of the cases and request additional continuances, as needed. If the state cases are resolved substantially earlier than the final hearing date, the parties will notify the Court.

7.      The undersigned has conferred with Ryan Maguire, counsel for the defendant, who joins in this motion.

For the foregoing reasons, the United States requests a continuance of the final hearing for a period of approximately 90 days.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney


By:     /s/ Michael C. Sinacore
        Michael C. Sinacore
        Assistant United States Attorney
        Florida Bar No. 868523
        400 N. Tampa Street, Suite 3200
        Tampa, Florida 33602-4798
        Telephone:   (813) 274-6000
        Facsimile:    (813) 274-6358
        E-mail: michael.sinacore@usdoj.gov

3

**U.S. v. Stevan Garcia**                         **Case No. 8:18-cr-416-MSS-AAS**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 26, 2026, I electronically filed the foregoing with

the Clerk of the Court by using the CM/ECF system, which will send a notice of

electronic filing to counsel of record.

/s/ Michael C. Sinacore
Michael C. Sinacore
Assistant United States Attorney
Florida Bar No. 868523
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:  (813) 274-6000
Facsimile:   (813) 274-6358
E-mail: michael.sinacore@usdoj.gov
