# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA,

     **Plaintiff,**

    **v.**                          **Case No.:  8:18-cr-00416-MSS-AAS**

STEVAN GARCIA,

     **Defendant,**

                                    /

## ORDER

THIS CAUSE is before the Court on the Joint Motion to Continue Final Hearing for Violation of Supervised Release. (Dkt. 88) The Defendant is requesting that the Final Revocation Hearing, which is presently scheduled for June 3, 2026, be continued for 90 days to allow the State of Florida to complete its prosecution of Garcia's pending cases.

Accordingly, it is **ORDERED** as follows:

1.     The Joint Motion to Continue Final Hearing for Violation of Supervised Release  is hereby **GRANTED**.

2.     The Final Revocation in this case is rescheduled to **September 2, 2026 at 2:00 PM.** The Court has allotted one (1) hour for the hearing. Should

the parties determine additional time is needed beyond one hour, they

should contact the Courtroom Deputy.

**DONE and ORDERED** in Tampa, Florida, on May 27, 2026.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record
             U.S. Marshal Service
             U.S. Probation Office
             U.S. Pretrial