UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 8:18-cr-416-MSS-AAS

STEVAN GARCIA

**SECOND JOINT MOTION TO CONTINUE FINAL HEARING FOR VIOLATIONS OF SUPERVISED RELEASE**

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, requests that the Court continue the final hearing regarding the defendant's alleged violations of supervised release, currently scheduled for September 2, 2026, for the following reasons:

1. Stevan Garcia was convicted of possession with intent to distribute heroin and methamphetamine, and the Court sentenced Garcia to a term of imprisonment for 84 months followed by five years of supervised release. The defendant completed his term of imprisonment and began his term of supervised release on June 17, 2025.

2. A final hearing for violations of supervised release is pending before the Court. The parties previously filed a Joint Motion to Continue Final Hearing for Violation of Supervised Release, asking the Court to delay the final hearing until criminal charges against Garcia, filed by the State of Florida, are resolved. Dkt. 88. The Court granted the motion and scheduled the final hearing for September 2, 2026. Dkt. 90.

3. On April 10, 2026, the State of Florida charged Garcia by information in the Thirteenth Judicial Circuit of the State of Florida (Hillsborough County) with felony offenses in case numbers 2026-CF-5929, 26-CF-5941, and 2026-CF-4609; each case charges Garcia with Felon in Possession of a Firearm, and the alleged dates of offense are January 26, 2025, February 13, 2026, and February 20, 2026. Garcia is currently in custody at the Hillsborough County Jail on a Writ of Habeus Corpus Ad Prosequendum pending disposition of those offenses. Two of the cases, case numbers 26-CF-5941 and 2026-CF-4609, allege offenses committed after the defendant began serving supervised release in this case.

5. Garcia's criminal cases are still pending trial in state court. They are currently scheduled for jury trial on September 22, 2026.

6. The parties jointly agree that continuing the final hearing in this case until the State of Florida has completed prosecution of Garcia's pending cases serves the interests of justice and judicial economy. Accordingly, the parties jointly request that the final hearing be continued for a period of 60 days. If additional time is needed for the State of Florida to complete prosecution of its cases, the parties will file a motion updating the Court on the status of the cases and request additional continuances, as needed. If the state cases are resolved substantially earlier than the final hearing date, the parties will notify the Court.

7. The undersigned has conferred with Ryan Maguire, counsel for the defendant, who joins in this motion.

For the foregoing reasons, the United States requests a continuance of the final hearing for a period of approximately 60 days.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: /s/ Michael C. Sinacore
Michael C. Sinacore
Assistant United States Attorney
Florida Bar No. 868523
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: michael.sinacore@usdoj.gov

**U.S. v. Stevan Garcia** **Case No. 8:18-cr-416-MSS-AAS**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

/s/ Michael C. Sinacore
Michael C. Sinacore
Assistant United States Attorney
Florida Bar No. 868523
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: michael.sinacore@usdoj.gov