**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

**v.** **Case No. 8:18-cr-00416-MSS-AAS-1**

**STEVAN GARCIA.**
**______________________________/**

**UNOPPOSED MOTION TO CONTINUE FINAL REVOCATION HEARING**

The Defendant, Steven Garcia, through undersigned counsel, pursuant to Local Rule 3.08, hereby moves this Honorable Court for an Order continuing the final revocation hearings set November 17, 2026, for a period of sixty (60) days. As grounds in support thereof, Mr. Garcia states the following:

1. On February 26, 2026, Mr. Stevan Garcia was charged with alleged violations of the conditions of his supervised release and made his initial appearance on petition. Doc.72. Mr. Garcia had a detention hearing on March 2, 2026, and remained detained pending final revocation hearing. Docs. 78-79.

2. A final revocation hearing was set by this Court on for March 24, 2026. However, the government filed an *Unopposed Motion for Continuance* which was granted and the Court reset this matter to May 27, 2026. Docs. 82-86.

3. This matter has since been reset by this Court and parties' multiple times and is currently set for Final Revocation Hearing on November 17, 2026. Doc. 92.

4. The government has advised that the Hillsborough County Sheriff's Office (HCSO) is actively investigating matters involving the defendant and others as part of an ongoing death investigation. The HCSO investigation also involves the possible possession of firearms and ammunition by the defendant, who is prohibited from possessing firearms or ammunition.

5. Defense requests a continuance of the final hearing for at least sixty (6)0 days to allow Mr. Garcia's pending criminal cases trial in state court to conclude. Defense respectfully asks this Court to continue the final hearing in this case until the State of Florida has completed prosecution of Garcia's pending cases as it serves the interests of justice and judicial economy. If the state cases are resolved substantially earlier than the final hearing date, the Court will be notified.

6. Undersigned has conferred with Assistant United States Attorney, Michael Sinacore, in this case, and he has advised the government has no objection to the requested continuance.

7. Mr. Garcia is detained and is in agreement with this motion.

## MEMORANDUM OF LAW

Federal Rule of Criminal Procedure Rule 32.1(b)(2) states that "the court must hold the revocation hearing within a reasonable time." Additionally, Local Rule 3.08 and Federal Rule of Criminal Procedure 32(b)(2) provide that a continuance may be allowed by order of the Court for good cause. Defense counsel submits that the aforementioned reasons are a good cause for granting the requested continuance, and that the ends of justice would warrant a continuance.

WHEREFORE, the Defendant, Stevan Garcia, respectfully moves this Honorable Court to enter an Order continuing the final revocation hearing for a period of sixty (60) days.

DATED this 6th day of November 2026.

Respectfully submitted,

CHARLES L. PRITCHARD, JR.
FEDERAL PUBLIC DEFENDER

*/s/ Ryan J. Maguire*
Ryan J. Maguire,
Assistant Federal Public Defender
Florida Bar No. 117534
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: ryan_maguire@fd.org

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 6th day of November 2026, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Michael Carl Sinacore, AUSA

*<u>/s/ Ryan J. Maguire</u>*
Ryan J. Maguire,
Assistant Federal Public Defender